UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ARTHUR RAY ROBINSON

VERSUS

SERGEANT LAVALAIS, ET AL

CIVIL ACTION

NO. 08-395-JVP-CN

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated August 7, 2008 (doc. 5). Plaintiff has filed an objection (doc. 6) which merely restates legal argument and does not require de novo findings under 28 U.S.C. 636.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, plaintiff's complaint shall be **DISMISSED** with prejudice, as legally frivolous pursuant to 28 U.S.C. § 1915, and this action shall be **DISMISSED**.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, September 16, 2008.

JOHN V. PARKER,
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA